UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Jointly Administered under BKY 08-45257**

Petters Company, Inc., et al.,

Debtors.

BKY 08-45257

(includes
Petters Group Worldwide, LLC;
PC Funding, LLC;
Thousand Lakes, LLC;
SPF Funding, LLC;
PL Ltd., Inc.;
Edge One LLC;
MGC Finance, Inc.;
PAC Funding, LLC;
Palm Beach Finance Holdings, Inc.)

Court File Nos.:
08-45258
08-45326
08-45327
08-45328
08-45329
08-45330
08-45331
08-45371
08-45392

Chapter 11 Cases
Judge Kathleen H. Sanberg

Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust,

Plaintiff,

v.

BMO Harris Bank N.A., as successor to M&I Marshall and Ilsley Bank,

Defendant.

ADV 12-4288

**ORDER TRANSFERRING ADVERSARY PROCEEDING**

At Minneapolis, Minnesota, July 2, 2019.

This adversary proceeding was commenced by the plaintiff with a demand for a jury trial which this court cannot conduct, but to which the plaintiff is entitled.

THEREFORE, IT IS ORDERED: This proceeding is transferred to the district court.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/02/2019*
Lori Vosejpka, Clerk, by LH