

800 LASALLE AVENUE     612 349 8500 TEL
SUITE 2800     612 339 4181 FAX
MINNEAPOLIS, MN 55402     ROBINSKAPLAN.COM

MICHAEL A. COLLYARD
612 349 0975 TEL
MCOLLYARD@ROBINSKAPLAN.COM

October 29, 2022                *By ECF*

The Honorable Wilhelmina M. Wright
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

     Re:   *Kelley v. BMO Harris Bank N.A.*
          Court File No.: 19-cv-01756 (WMW)

Dear Judge Wright:

     Pursuant to Your Honor's October 24, 2022 Order (Dkt #275), attached are the remaining emails from Plaintiff submitted to the Court:

1. October 26, 2022 Michael Reif email to Chambers regarding Plaintiff's objections to BMO's exhibits for use on Wednesday, October 26 (Attachment 1);
2. October 26, 2022 Michael Reif email to Chambers regarding Plaintiff's objections to BMO's exhibits for use on Wednesday, October 26 (Attachment 2);
3. October 27, 2022 Michael Reif email to Chambers regarding Plaintiff's objections to BMO's demonstrative exhibits for Thursday, October 27 (Attachment 3);
4. October 27, 2022 Michael Reif email to Chambers regarding Plaintiff's objections to BMO's demonstrative exhibits for Thursday, October 27 (Attachment 4)
5. October 28, 2022 Michael Reif email to Chambers regarding Plaintiff's objections to BMO's demonstrative exhibits for Friday October 28 (Attachment 5); and

6. October 28, 2022 Michael Reif email to Chambers regarding responding to Defendant's objections to Plaintiff's demonstrative exhibits for Friday October 28 (Attachment 6).

Please do not hesitate to contact me with any questions.

Respectfully submitted,

*/s/ Michael A. Collyard*

Michael A. Collyard

Enclosures
cc:   Counsel of Record (via ECF)