Judge Wright

**RECEIVED**
NOV 08 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

1) Jury Instruction #20
   - Does this imply that actions before Nov. 15, 2006 should not be considered in our deliberations?

2) Jury Instruction #21
   - In laymans terms, how does this apply to the charges?
   - Does this mean that PCI knowingly acted the way they did, and agrees to the actions

3) Jury Instructions 14/15
   - Does the court know if Bank accounts were set up for Special Interest groups

SCANNED
NOV 08 2022
U.S. DISTRICT COURT ST. PAUL