Kelley v. BMO Harris Bank N.A.
19-cv-1756

November 7, 2022

MEMBERS OF THE JURY:

On Monday, November 7, 2022, at approximately 9:00 a.m., you asked the following questions:

1) Jury Instruction #20
   Does this imply that actions <u>before</u> Nov. 15, 2006 should not be considered in our deliberations?

2) Jury Instruction #21
   In laymans terms, how does this apply to the charges? Does this mean that PCI knowingly acted the way they did, and agrees to the actions

3) Jury Instructions 14/15
   Does the court know if Bank accounts were set up for Special Interest groups

ANSWER:

As provided in the Court's jury instructions, your duty is to decide what the facts are from the evidence. The jury instructions, including but not limited to Jury Instruction 3, describe what is evidence and what is not evidence.

After you have decided what the facts are, you must apply those facts to the law, which has been provided to you in the Court's jury instructions. These instructions include, but are not limited to, Jury Instruction 20 and Jury Instruction 21.

You must follow all of the Court's instructions, no matter when the Court gave them. Do not single out some instructions and ignore others, because they are all important.

*WILHELMINA M. WRIGHT*
United States District Judge

SCANNED
NOV 0 8 2022
U.S. DISTRICT COURT ST. PAUL