Judge Wright.

RECEIVED

NOV 08 2022

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

- Good morning.

May we please have transcripts
for Ted Martens testimony and
Karl Jarecks testimony.

Please and thanks,

the Jury

SCANNED

NOV 08 2022

U.S. DISTRICT COURT ST. PAUL