Kelley v. BMO Harris Bank N.A.
19-cv-1756

November 8, 2022

MEMBERS OF THE JURY:

On Tuesday, November 8, 2022, at approximately 9:00 a.m., you asked the following question:

> Judge Wright,
>
> Good morning,
>
> May we please have transcripts for Ted Martens testimony and Karl Jareks testimony.
>
> Please and thanks,
>
> the Jury

ANSWER:

At the start of trial, the Court provided you with the following preliminary jury instruction:

> "At the end of the trial you must make your decision based on what you recall of the evidence. You will not have a written copy of the testimony to refer to. Because of this, you have to pay close attention to the testimony and other evidence as it is presented here in the courtroom. If you wish, however, you may take notes to help you remember what witnesses said."

WILHELMINA M. WRIGHT
United States District Judge

SCANNED
NOV 0 8 2022
U.S. DISTRICT COURT ST. PAUL