AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust,<br><br>*Plaintiff*<br><br>v.<br><br>BMO Harris Bank N.A., as successor to M&I Marshall and Ilsley Bank,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-cv-1756 (WMW)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that *(check one)*:

☒  The plaintiff Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust, recover from the defendant BMO Harris Bank N.A., as successor to M&I Marshall and Ilsley Bank, the amount of five hundred sixty-three million, seven hundred forty-three thousand, one hundred ten dollars ($563,743,110.00), which does not include prejudgment interest, post-judgment interest or costs.

☐  The plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*_____ recover costs from the plaintiff *(name)*_____.

☐  Other:_____.

This action was *(check one)*:

☒  Tried by a jury with Judge Wilhelmina M. Wright presiding, and the jury has rendered a verdict.

☐  Tried by Judge_____ without a jury and the above decision was reached.

☐  Decided by Judge_____ on a motion for_____.

_____
Judge Wilhelmina M. Wright
Date: November 9, 2022

CLERK OF COURT
_____
Signature of Clerk or Deputy Clerk
Date: November 9, 2022