UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>BMO Harris Bank N.A., as successor to M&I Marshall and Ilsley Bank,<br><br>Defendant. | Case No.: 0:19-cv-01756-WMW<br><br>Hon. Wilhelmina M. Wright |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7(a), attorney Adine S. Momoh respectfully withdraws her appearance as counsel for Defendant BMO Harris Bank N.A. ("BMO") in this matter.

The undersigned counsel for BMO requests that Adine S. Momoh be removed from the CM/ECF party listing and that she no longer receive ECF notifications in this matter. The undersigned and Stinson, LLP remain as counsel for BMO.

Dated: February 27, 2023

Respectfully Submitted,

*/s/ Keith S. Moheban*

Keith S. Moheban (#216380)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
keith.moheban@stinson.com

**ATTORNEYS FOR BMO HARRIS BANK, N.A.**