# UNITED STATES DISTRICT COURT

## District of Minnesota

Douglas A. Kelley,

Plaintiff,

v.

BMO Harris Bank N.A.,

Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-1756 WMW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's motion to clarify judgment, (Dkt. 460), is **GRANTED in part** and **DENIED in part**.

2. The judgment entered November 9, 2022, (Dkt. 352), is **AMENDED** to provide that Plaintiff shall recover from Defendant the following additional amounts:

a. $483,679,075.22 in prejudgment interest;

b. $109,600.29 in costs; and

c. Interest at the rate of 4.74% calculated from November 9, 2022, on the jury's award, and at the rate of 5.26% from June 26, 2023, on the total award including prejudgment interest and costs, computed daily and compounded annually until the total award is paid.

Date: 8/21/2023

KATE M. FOGARTY, CLERK