# UNITED STATES DISTRICT COURT
## District of Minnesota

Douglas A. Kelley,

Plaintiff,

v.

BMO Harris Bank N.A., as successor to M&I Marshall and Ilsley Bank,

Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-1756 WMW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Clerk is **DIRECTED** to strike the Court's previous Order, (Dkt. 478), and

2. Paragraph 2.c. of the Court's Amended Order, (Dkt. 476), is **AMENDED** to provide that Plaintiff receives (i) post-judgment interest at the rate of 4.74% calculated from November 9, 2022, on the jury's award of $563,743,110.00, computed daily and compounded annually until the award is paid; and (ii) post-judgment interest at the rate of 5.26% calculated from June 26, 2023, on the award of $483,679,075.22 in pre-judgment interest and $109,600.29 in costs, computed daily and compounded annually until the award is paid.

Date: 8/23/2023

KATE M. FOGARTY, CLERK