UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust,

Plaintiff,

v.

BMO Harris Bank N.A., as successor to M&I Marshall and Ilsey Bank,

Defendant.

File No. 19-cv-01756 (ECT)

**ORDER**

---

On September 12, 2024, the United States Court of Appeals for the Eighth Circuit reversed the judgment in this case and remanded with directions to enter judgment in favor of Defendant BMO Harris Bank N.A. ECF No. 488. The Court of Appeals issued its corresponding mandate on November 21, 2024. ECF No. 492. Pursuant to that order and mandate, **IT IS ORDERED THAT** the Clerk of Court **VACATE** the amended judgment [ECF No. 483] and enter judgment in favor of Defendant BMO Harris Bank N.A.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court