# UNITED STATES DISTRICT COURT
## District of Minnesota

Douglas A. Kelley,

Plaintiff,

v.

BMO Harris Bank N.A.,

Defendant.

## JUDGMENT IN A CIVIL CASE

Case Number: 19cv1756 ECT

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Clerk of Court **VACATE** the amended judgment [ECF No. 483] and enter judgment in favor of Defendant BMO Harris Bank N.A.

Date: 11/25/24

KATE M. FOGARTY, CLERK