**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Douglas A. Kelley, in his capacity as
the Trustee of the BMO Litigation Trust,

Plaintiff,

v. Fine No. 19-cv-1756 ECT

BMO Harris Bank N.A., as successor to
M&I Marshall and Ilsey Bank,

Defendant.

# COST JUDGMENT

The costs of the Defendant, BMO Harris Bank N.A., as successor to M&I Marshall and Ilsey Bank, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust, as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $1,010.00 | $1,010.00 |
| Fees for Transcripts | $19,087.50 | $16,531.05 |
| Other Costs – Appellate Bond Premiums | $3,092,267.21 | $3,092,267.21 |
| Total | $3,112,364.71 | $3,109,808.26 |

Costs, therefore, are taxed against the Plaintiff, Douglas A. Kelley, in his capacity as the Trustee of the BMO Litigation Trust, in the amount of $3,109,808.26 and judgment is entered accordingly. A motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on March 19, 2025.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk