**ROBINS KAPLAN** LLP

800 LASALLE AVENUE
SUITE 2800
MINNEAPOLIS MN 55402

612 349 8500 TEL
612 339 4181 FAX
ROBINSKAPLAN.COM

Marcus A. Guith
612 349 8418
MGuith@RobinsKaplan.com

October 28, 2025                    *By ECF*

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

> Re:   *Kelley v. BMO Harris Bank National Association*, Case No. 19-CV-1756
>       Motion Hearing: November 3, 2025 at 11 a.m.

Dear Judge Tostrud:

With the Court's permission, I write on behalf of movant Robins Kaplan LLP to notify the Court of a related filing in the underlying bankruptcy action, *In re Petters Company, Inc.,* No. 08-BK-45257, which bears on Robins Kaplan's pending motion to establish an attorneys' lien on the judgment-preservation-insurance ("JPI") proceeds for the fees and costs owed to Robins Kaplan under its engagement agreement with the BMO Litigation Trust, on the basis those proceeds are a recovery for the BMO Litigation Trust. As part of that motion, Robins Kaplan requests leave to take discovery related to the JPI policies and proceeds, (*see* ECF No. 522 at 30-33 (describing requested discovery sought), which the Trustee, Douglas A. Kelley supports.

Last week, the largest beneficial interest holders of the BMO Litigation Trust (the PBF Liquidating Trusts) filed a motion in the bankruptcy court seeking an order under Rule 2004 of the Federal Rules of Bankruptcy Procedure that would allow them to conduct discovery of a similar but different scope, although on the same theory—that JPI proceeds may be a Trust asset. *See In re Petters Co., Inc.,* ECF No. 4314 (Oct. 22, 2025) (copy enclosed). If the bankruptcy court were to grant that motion and this Court permits discovery to establish Robins Kaplan's lien, Robins Kaplan will be ready to engage with all interested parties to ensure that the requested discovery is carried out in an efficient and timely manner.

Respectfully submitted,

*/s/ Marcus A. Guith*

Marcus A. Guith

Enclosure
cc:  All parties via ECF and email transmittal

96601748.3